## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-22-00319-CV
_____

## RONALD LYONS, Appellant

## V.

## O. W. COLLINS APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 137,932**

## MEMORANDUM OPINION

Ronald Lyons, appearing pro se, appeals from a judgment granting O.W. Collins Apartments possession of an apartment located at 4440 Gulfway Drive, Port Arthur, Texas and $444.15 in past-due rent. After Lyons filed his appeal, he failed to file a brief.

On December 19, 2022, the Court Clerk notified the parties that Lyons' brief had not been filed. In the letter, Lyons was advised that the appeal would be submitted without briefs unless we received his brief and a motion to extend the

1

deadline in which he had to file his brief within ten days. The letter further warned Lyons the appeal could be dismissed for want of prosecution if the Court submitted the appeal without briefs.

On January 13, 2023, the Clerk notified the parties the appeal would be submitted to the Court on February 3, 2023, without briefs and without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning any errors for the Court to review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 3, 2023
Opinion Delivered March 2, 2023

Before Golemon, C.J., Horton and Wright, JJ.